UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JORGE LUIS CORTEZ-ARREOLA,<br><br>            Defendant. | Case No. 1:08-cr-00298-BLW<br><br>**ORDER DENYING DEFENDANT'S MOTION TO MODIFY SENTENCE** |

      Pending before the Court is the Defendant's Motion to Modify Sentence pursuant to 18 U.S.C. § 3582(c) (Docket No. 89).  The Defendant's motion seeks a reduction in his sentence as a result of Sentencing Guidelines Amendment 782, which amended Section 2D1.1 by retroactively reducing by two levels the base offense levels in the drug quantity table.

      The Court has reviewed the Defendant's motion, the Government's response, and the sentencing materials in this case.  The record reflects that the Court sentenced the Defendant to 120 months, which represented the mandatory minimum sentence applicable to the Defendant's offense of conviction.  Because the Court sentenced the Defendant to the mandatory minimum

ORDER DENYING DEFENDANT'S MOTION TO MODIFY SENTENCE – 1

sentence, he is ineligible for a reduction. Per USSG §§ 1B1.10(b)(2)(A) and 5G1.1(B), the Court does not have authority to reduce his sentence.

THEREFORE, IT IS HEREBY ORDERED that the Motion to Modify Sentence (Docket No. 89) is DENIED.

DATED: May 5, 2015

B. Lynn Winmill
Chief Judge
United States District Court

ORDER DENYING DEFENDANT'S MOTION TO MODIFY SENTENCE – 2